AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVIN MOORE | ) | Case No: 12-CR-66-BBC-01 |
| | ) | USM No: 06054-090 |
| Date of Original Judgment: October 18, 2012 | ) | |
| Date of Previous Amended Judgment: | ) | Kelly A. Welsh |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons **x** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. **x** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    37    months **is reduced to**    30   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    October 18, 2012    shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 11, 2015     *Barbara B. Crabb* 
                                            *Judge's signature*

Effective Date: _____     Honorable Barbara B. Crabb, U.S. District Judge
*(if different from order date)*                      *Printed name and title*